| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 10 2020 |
| | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

LACHLAN ROTSCHREK, AKA Aleksei Kharovsky,

        Petitioner-Appellant,

 v.

PAUL PENZONE, Sheriff, Maricopa County; ATTORNEY GENERAL FOR THE STATE OF ARIZONA,

        Respondents-Appellees.

No.   19-16290

D.C. No. 2:19-cv-04450-ROS-CDB
District of Arizona,
Phoenix

ORDER

Before:   THOMAS, Chief Judge, and PAEZ, Circuit Judge.

The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

Any pending motions are denied as moot.

**DENIED.**